```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10014
   CYNTHIA A SCHREY
   COREY M SCHREY                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER
            Debtor
   SSN XXX-XX-4021     SSN XXX-XX-5093

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/05/2007 and was not confirmed.

     The case was dismissed without confirmation 10/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
BANK OF AMERICA MORTGAGE  CURRENT MORTG        .00           .00           .00
BANK OF AMERICA MORTGAGE  MORTGAGE ARRE     31565.76         .00           .00
CHASE HOME FINANCE        CURRENT MORTG        .00           .00           .00
CHASE HOME FINANCE        MORTGAGE ARRE      1629.64         .00           .00
DRIVE FINANCIAL SERVICES  SECURED VEHIC        .00           .00           .00
INTERNAL REVENUE SERVICE  SECURED NOT I    NOT FILED         .00           .00
BANK ONE                  UNSECURED        NOT FILED         .00           .00
BANK ONE                  UNSECURED        NOT FILED         .00           .00
CAPITAL ONE BANK          UNSECURED        NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         6792.57          .00           .00
CHASE                     UNSECURED        NOT FILED         .00           .00
CITI CARDS                UNSECURED        NOT FILED         .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED          660.66          .00           .00
COMMONWEALTH EDISON       UNSECURED          682.77          .00           .00
DELL FINANCIAL SERVICES   UNSECURED        NOT FILED         .00           .00
DISCOVER FINANCIAL SERVI  UNSECURED        13154.14          .00           .00
FINGERHUT                 UNSECURED        NOT FILED         .00           .00
GEMB/CARE CREDIT CORE     UNSECURED        NOT FILED         .00           .00
BANK OF HINSDALE          UNSECURED        NOT FILED         .00           .00
HSBC NV                   UNSECURED        NOT FILED         .00           .00
HSBC NV                   UNSECURED        NOT FILED         .00           .00
NICOR GAS                 UNSECURED        NOT FILED         .00           .00
NICOR GAS                 UNSECURED         1274.26          .00           .00
NICOR GAS                 UNSECURED        NOT FILED         .00           .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED         .00           .00
SOUTH HOLLAND TRUST       UNSECURED        NOT FILED         .00           .00
SOUTH HOLLAND TRUST       UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP     UNSECURED         1408.25          .00           .00
B-LINE LLC                UNSECURED          390.09          .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED          237.20          .00           .00
COREY SCHREY              NOTICE ONLY      NOT FILED         .00           .00
COREY SCHREY              NOTICE ONLY      NOT FILED         .00           .00
TRIAD FINANCIAL CORP      UNSECURED        10260.76          .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          3589.00          .00           .00
ROBERT V SCHALLER ^       DEBTOR ATTY       2,020.00                       .00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10014 CYNTHIA A SCHREY & COREY M SCHREY
```

```
TOM VAUGHN                    TRUSTEE                                         .00
DEBTOR REFUND                 REFUND                                          .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                       .00
DEBTOR REFUND                                              .00
                          ---------------       ---------------
TOTALS                             .00                     .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/25/08                    /s/ Tom Vaughn
                                       _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE